```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0182--CR (JKS)
           "USA V DANIEL DUANE MIESSNER ET AL"
              DEF 1.1 MIESSNER, DANIEL DUANE
```

In public format, including terminated defendants, excluding terminated counsel

```
       Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
      Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                 Filed: 12/18/03
                Closed: 05/03/05
     No. of Defendants: 2
       MJ Case Number: A03-0284--MJ
                   AKA:
       Location status: U.S. Custody
            Trial date:
            Terminated: YES
     Needs interpreter: NO
     Counsel of record: Mary C. Geddes
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3408
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


     PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Audrey J. Renschen
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

Counts re: DEF 1.1 MIESSNER, DANIEL DUANE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846,841(b)(1)(A)(B)&(C),841(c)(1) & 856(b) CONSPIRACY IN RELATION TO MANUFACTURING METHAMPHETAMINE (F) | Sentenced (118-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) MANUFACTURING METHAMPHETAMINE (F) | Sentenced (118-1) |
| 1 - 1 IND | 3 | 21:846 & 841(b)(1)(A) ATTEMPTED MANUFACTURE OF METHAMPHETAMINE (F) | Sentenced (118-1) |
| 1 - 1 IND | 4 | 21:846 & 841(b)(1)(B) ATTEMPTED MANUFACTURE OF METHAMPHETAMINE (F) | Sentenced (118-1) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0182--CR (JKS)
                       "USA V DANIEL DUANE MIESSNER ET AL"
                        DEF 1.1 MIESSNER, DANIEL DUANE
```

In public format, including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 5 | 21:841(a)(1) & (b)(1)(B) POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (F) | Sentenced (118-1) |
|---|---|---|---|---|
| 1 - | 1 IND | 6 | 21:841(c)(1) POSSESSION OF LISTED CHEMICAL (PSEUDOEPHEDRINE) WITH INTENT TO MANUFACTURE (F) | Sentenced (118-1) |
| 1 - | 1 IND | 8 | 21:856(a)(1) MAINTAINING A PLACE FOR MANUFACTURING METHAMPHETAMINE (F) | Sentenced (118-1) |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0182--CR (JKS)
                      "USA V DANIEL DUANE MIESSNER ET AL"
                      DEF 2.1 TESSIER, ELIZABETH LEE
```

```
      In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 12/18/03
             Closed: 05/03/05
  No. of Defendants: 2
     MJ Case Number: A03-0284--MJ
                AKA: TONI PAZOS
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Thomas Burke Wonnell
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99501
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Audrey J. Renschen
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 2.1 TESSIER, ELIZABETH LEE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846,841(b)(1)(A)(B)&(C),841(c)(1) & 856(b) CONSPIRACY IN RELATION TO MANUFACTURING METHAMPHETAMINE (F) | Sentenced (120-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) MANUFACTURING METHAMPHETAMINE (F) | Sentenced (120-1) |
| 1 - 1 IND | 3 | 21:846 & 841(b)(1)(A) ATTEMPTED MANUFACTURE OF METHAMPHETAMINE (F) | Sentenced (120-1) |
| 1 - 1 IND | 4 | 21:846 & 841(b)(1)(B) ATTEMPTED MANUFACTURE OF METHAMPHETAMINE (F) | Sentenced (120-1) |
| 1 - 1 IND | 5 | 21:841(a)(1) & (b)(1)(B) POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (F) | Sentenced (120-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0182--CR (JKS)
"USA V DANIEL DUANE MIESSNER ET AL"
DEF 2.1 TESSIER, ELIZABETH LEE

In public format, including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 6 | 21:841(c)(1) POSSESSION OF LISTED CHEMICAL (PSEUDOEPHEDRINE) WITH INTENT TO MANUFACTURE (F) | Sentenced (120-1) |
| 1 - | 1 IND | 7 | 21:841(c)(1) POSSESSION OF LISTED CHEMICAL (IODINE) WITH INTENT TO MANUFACTURE (F) | Sentenced (120-1) |
| 1 - | 1 IND | 8 | 21:856(a)(1) MAINTAINING A PLACE FOR MANUFACTURING METHAMPHETAMINE (F) | Sentenced (120-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
"USA V DANIEL DUANE MIESSNER ET AL"
```
In public format, for all filing dates

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
Filed: 12/18/03
Closed: 05/03/05
No. of Defendants: 2

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 12/18/03 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ re D1,2. |
| 1 - 1 | 12/18/03 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 12/18/03 | [Re: DEF 1-2] AHB Grand Jury Minutes: Bail: detention, set for ARR & Notify USM, In Federal Custody at Anchorage Jail. |
| 3 - 1 | 12/18/03 | [Re: DEF 1-2] Documents 2-18 transferred from: A03-0284MJ(AHB) to A03-0182CR (JKS). |
| 4 - 1 | 12/18/03 | [Re: DEF 1] AHB Minute Order re Arr set for 12/22/03 at 3:30 p.m. cc: USA, FPD, USM, USPO |
| 5 - 1 | 12/18/03 | [Re: DEF 2] AHB Minute Order re Arr set for 12/22/03 at 4:00 p.m. cc: USA, B. Wonnell, USM, USPO |
| NOTE - 2 | 12/23/03 | [Re: DEF 1-2] Issued: Speedy Trial Notices to Judge Singleton. |
| 6 - 1 | 12/23/03 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arr on Indt hld 12/22/03; def pled not guilty; def's det cont; PTM's due 1/9/04; cnsl advised no trial date has been set. cc: USA, FPD, USM, USPO, Judge Singleton. |
| 7 - 1 | 12/23/03 | [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet & confer by 1/2/04; PTM's due 1/9/04. cc: USA, FPD |
| 8 - 1 | 12/23/03 | [Re: DEF 2] AHB Court Minutes [ECR: Elisa Singleton] re Arr on Indt hld 12/22/03; def pled not guilty; def's det cont; PTM's due 1/9/04; cnsl advised no triual date set. cc: USA, B. Wonnell, USM, USPO, Judge Singleton |
| 9 - 1 | 12/23/03 | [Re: DEF 2] AHB Order regarding preparation for trial re cnsl to meet & confer by 1/2/04; PTM's due 1/9/04. cc: USA, B. Wonnell |
| 10 - 1 | 12/29/03 | [Re: DEF 1-2] JKS Minute Order setting TBJ for 01/20/04 at 9:00 a.m. and FPTC for 01/15/04 at 4:00 p.m. cc: USA, FPD, T. Wonnell, USM, USPO, MJ Branson, JC |
| 11 - 1 | 12/31/03 | [Re: DEF 1]PLF 1 Discovery conference certificate. |
| 12 - 1 | 12/31/03 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 13 - 1 | 01/08/04 | DEF 1-2 motion (joint) for a hearing before the district court regarding request for continuance of trial date w/att aff. |
| 13 - 2 | 01/08/04 | DEF 1-2 motion for extension of time to file pretrial motions w/att aff. |
| 14 - 1 | 01/09/04 | [Re: DEF 1-2] JKS Minute Order setting hrg on jnt mot for a hrg before the district crt regarding req for cont of trial date for 01/12/04 at 2:30 p.m. cc: USA, FPD, T. Wonnell, USM, USPO, MJ Branson, JC |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
"USA V DANIEL DUANE MIESSNER ET AL"

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 01/13/04 | [Re: DEF 1-2] JKS Court Minutes [ECR: Elisa Singleton] Hrg on joint mot for cont of trial; granting mot (joint) cont of trial (13-1); TBJ set for 01/20/04 vacated and reset for 04/26/04 at 9:00 a.m.; FPTC set for 04/16/04 at 4:00 p.m.; crt found excludable delay under 3161(h)(8)(A)(B); pt mots ddln extended to 02/09/04; crt withdrew the MJ reference; evid hrg if need to be before the DJ.  cc: USA, FPD, T. Wonnell; USM, USPO, MJ Branson, JC |
| 16 - | 1 | 01/16/04 | {SEALED} |
| 17 - | 1 | 01/21/04 | [Re: DEF 2] JKS Minute Order that pursuant to D.Ak.LMR 2, the mot at document 16 is referred to MJ Branson. cc: T. Wonnell, MJ Branson |
| 18 - | 1 | 01/22/04 | {SEALED} |
| 19 - | 1 | 02/09/04 | DEF 1 motion (second) to suppress fruit of pretrial identification procedures w/att aff. |
| 20 - | 1 | 02/09/04 | DEF 1 motion to suppress w/att aff. |
| 21 - | 1 | 02/11/04 | DEF 2 joinder to DEF 1 mot (second) to suppress fruit of pt identification procedures (19-1), DEF 1 mot to suppress (20-1). |
| 22 - | 1 | 02/17/04 | DEF 1 motion to stay administrative forfeiture proceeding w/att aff. |
| 23 - | 1 | 02/18/04 | [Re: DEF 1] JKS Order that oppo to mot to stay administrative forfeiture proceeding due 02/23/04. cc: USA, FPD |
| 24 - | 1 | 02/23/04 | [Re: DEF 1] PLF 1 oppo to DEF 1 mot to stay administrative forfeiture proceeding (22-1) w/att exhs. |
| 25 - | 1 | 02/24/04 | [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion to suppress (20-1). |
| 26 - | 1 | 02/25/04 | [Re: DEF 1] JKS Minute Order that reply to mot to stay forfeiture due 03/01/04; crt to rule thereafter or schedule o/a. cc: USA, FPD |
| 27 - | 1 | 02/25/04 | DEF 1 motion for extension of time to 03/11/04 to file reply to motions to suppress filed on shortened time. |
| 28 - | 1 | 02/25/04 | DEF 1 motion for extension of time to 03/11/04 to reply to motion to stay administrative proceedings filed on shortened time. |
| 29 - | 1 | 02/25/04 | [Re: DEF 1] JKS Order granting mot for ext of time to 03/11/04 to reply to mot to stay administrative proceedings (28-1). cc: USA, FPD, T. Wonnell |
| 30 - | 1 | 02/25/04 | [Re: DEF 1] JKS Order granting mot for ext of time to 03/11/04 to file reply to mot to suppress (27-1). cc: USA, FPD, T. Wonnell |
| 31 - | 1 | 02/25/04 | [Re: DEF 1-2] PLF 1 oppo to DEF 1 mot (second) to suppress fruit of pt identification procedures (19-1) w/att exh. |
| 32 - | 1 | 02/25/04 | [Re: DEF 1] PLF 1 motion for extension of time to file reply to "second" motion to suppress fruit of pretrial procedures filed on shortened time. |
| 33 - | 1 | 02/26/04 | [Re: DEF 1] JKS Order granting mot for ext of time to file reply to "second" mot to suppress fruit of pt (32-1). cc: USA, FPD, T. Wonnell |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
"USA V DANIEL DUANE MIESSNER ET AL"

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 34 - | 1 | 03/11/04 | DEF 1 reply to oppo to DEF 1 mot to suppress (20-1) w/att exhs. |
| 35 - | 1 | 03/11/04 | DEF 1 Unopposed motion for extension of time to 03/12/04 to file reply to motion to stay administrative proceedings. |
| 35 - | 2 | 03/12/04 | [Re: DEF 1] Order granting unopposed mot for ext of time to 03/12/04 to file reply to mot (35-1). cc: USA, FPD, T. Wonnell |
| 36 - | 1 | 03/12/04 | DEF 1 reply to oppo to DEF 1 mot to stay administrative forfeiture proceeding (22-1). |
| 37 - | 1 | 03/23/04 | {SEALED} |
| 38 - | 1 | 03/23/04 | {SEALED} |
| 39 - | 1 | 04/08/04 | [Re: DEF 2] JKS Minute Order setting ex-parte hearing on request for counsel to withdraw. cc: B. Wonnell |
| 40 - | 1 | 04/14/04 | {SEALED} |
| 41 - | 1 | 04/15/04 | DEF 2 Notice of Intent to change plea. |
| 42 - | 1 | 04/15/04 | [Re: DEF 2] JKS Minute Order setting PCOP for 04/20/04 at 10:00 a.m.; FPTC set for 04/16/04 as to this def is vacated. cc: USA, B. Wonnell, FPD, USM, USPO, JC |
| 43 - | 1 | 04/15/04 | DEF 1 Notice of Intent to change plea. |
| 44 - | 1 | 04/16/04 | [Re: DEF 1] JKS Minute Order vacating FPTC set for 04/16/04; setting PCOP for 04/20/04 at 11:00 a.m.; terminating in light of this order: mot (second) to suppress fruit of PT identification procedures (19-1), mot to suppress (20-1), mot to stay administrative forfeiture proceeding (22-1). cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 45 - | 1 | 04/20/04 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] PCOP Held 04/20/04; def changed plea to guilty on cts 1-6 & 8 of the Indt; IOS set for 07/16/04 at 11:00 a.m.; TBJ set for 04/26/04 is vacated. cc: USA, FPD, USM, USPO, JC |
| 46 - | 1 | 04/20/04 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] PCOP Held 04/20/04; def changed plea to guilty on cts 1-8 of the Indt; IOS set for 07/16/04 at 10:00 a.m.; TBJ set for 04/26/04 is vacated. cc: USA, B. Wonnell, USM, USPO, JC |
| 47 - | 1 | 04/30/04 | {SEALED} |
| 47 - | 2 | 04/30/04 | {SEALED} |
| 48 - | 1 | 05/25/04 | [Re: DEF 1] Transcript re: PCOP held 4/20/04. |
| 49 - | 1 | 05/25/04 | [Re: DEF 2] Transcript re: PCOP held 4/20/04. |
| 50 - | 1 | 06/18/04 | {SEALED} |
| 51 - | 1 | 06/18/04 | {SEALED} |


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
"USA V DANIEL DUANE MIESSNER ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 07/01/04 | DEF 1 motion to continue and consolidate sentencing w/att aff. |
| 52 - 2 | 07/01/04 | DEF 1 motion to extend time for objections to the presentence report w/att aff. |
| 53 - 1 | 07/02/04 | DEF 2 Unopposed motion to continue sentencing date. |
| 54 - 1 | 07/08/04 | [Re: DEF 1] RRB Order granting mot to cont and consolidate sentencing (52-1), mot to extend time for objs to the presentence report (52-2); IOS previously set for 07/16/04 vacated and reset for 09/23/04 at 9:00 a.m.; objs due 08/06/04. cc: USA, FPD, T. Wonnell, USM, USPO |
| 55 - 1 | 07/08/04 | [Re: DEF 2] RRB Order granting unopposed mot to cont sentencing date (53-1); IOS previously set for 07/16/04 vacated and reset for 09/23/04 at 9:00 a.m. cc: USA, FPD, T. Wonnell, USM, USPO |
| 56 - 1 | 07/12/04 | DEF 1 Notice of lodging attached letters. |
| 57 - 1 | 07/19/04 | DEF 1 Notice of lodging w/att exh. |
| 58 - 1 | 08/12/04 | DEF 1 Notice of filing w/att exh. |
| 59 - 1 | 08/27/04 | DEF 1 motion to withdraw plea. |
| 60 - 1 | 09/02/04 | [Re: DEF 1] JKS Minute Order directing clk to file letter from DEF 1 as mot to w/d plea; hrg on mot to w/d plea set 9/15/04 @ 9:00 a.m.. cc: USA, FPD, USM, USPO |
| 61 - 1 | 09/13/04 | DEF 1 motion on shortened time to vacate sentence. |
| 61 - 2 | 09/13/04 | DEF 1 motion on shortened time to appoint conflict counsel. |
| 61 - 3 | 09/13/04 | DEF 1 motion on shortened time to continue hearing on plea withdrawal. |
| 62 - 1 | 09/14/04 | DEF 2 non-opposition to DEF 1 motion on shortened time to vacate sentence. (61-1). |
| 63 - 1 | 09/15/04 | [Re: DEF 1] JKS Minute Order granting motion on shortened time to vacate sentence (61-1), motion on shortened time to appoint conflict counsel (61-2), motion on shortened time to continue hearing on plea withdrawal (61-3); FPD to appt CJA cnsl; IOS RESET for 11/10/04 at 9:00 a.m.; ex parte status conf & hrg on mot to w/d plea set for 11/9/04. cc: USA, M. Geddes, FPD CJA Clerk, USM, USPO |
| 64 - 1 | 09/16/04 | [Re: DEF 2] JKS Minute Order re IOS RESET for 11/10/04 at 9:00 a.m. cc: USA, T. Wonnell, USM, USPO |
| 65 - 1 | 09/16/04 | [Re: DEF 1] CJA appointment of Lance Wells. |
| 66 - 1 | 09/27/04 | {SEALED} |
| 68 - 1 | 10/01/04 | {SEALED} |
| 67 - 1 | 10/04/04 | DEF 1 Attorney Appearance of Lance Wells. |
| 68 - 2 | 10/06/04 | {SEALED} |

```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
                  "USA V DANIEL DUANE MIESSNER ET AL"

                In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 69 - 1 | 10/12/04 | {SEALED} |
| 70 - 1 | 10/12/04 | DEF 1 motion for clarification of order at docket 63 w/att aff. |
| 71 - 1 | 10/14/04 | DEF 1 Unopposed motion on shortened time to continue sentencing and ex part hearing set for 11/9/04 & 11/10/04. |
| 72 - 1 | 10/15/04 | [Re: DEF 1] JKS Minute Order granting Unopposed motion on shortened time to continue sentencing and ex part (71-1); ex parte hrg set 9:00 a.m., 12/1/04; IOS set 9:00 a.m., 12/2/04.  cc: USA, L. Wells, USM, PO |
| 73 - 1 | 10/25/04 | {SEALED} |
| 74 - 1 | 10/29/04 | DEF 2 motion (ex parte) (third) on shortened time for travel authorization |
| 75 - 1 | 10/29/04 | {SEALED} |
| 76 - 1 | 11/01/04 | [Re: DEF 2] JKS Order granting motion (third) on shortened time for travel authorization (74-1). cc: B. Wonnell, FPD CJA Clerk |
| 75 - 2 | 11/09/04 | {SEALED} |
| 77 - 1 | 11/10/04 | [Re: DEF 1] JKS Order granting motion for clarification of order at docket 63 (70-1); this order will serve to clarify the various responsibilities of apptd cnsl, conflict cnsl & def. cc: USA, L. Wells, FPD |
| 78 - 1 | 11/12/04 | DEF 2 motion to continue IOS date & request for order. |
| 79 - 1 | 11/16/04 | [Re: DEF 2] JKS Order pertaining request of 11/12/04 directing FDC SeaTac to process the att app to enter institution as representative of Dr. James Harper w/in 7 days & communicate the results to cnsl B. Wonnell. cc: USA, B. Wonell, FDC SeaTac |
| 80 - 1 | 11/17/04 | [Re: DEF 2] JKS Order granting motion to continue IOS date & request for order (78-1); IOS RESET for 1/7/05 at 10:00 a.m. cc: USA, B. Wonnell, USM, USPO |
| 81 - 1 | 11/23/04 | DEF 1 Unopposed motion on shortened time to stay sentencing w/att aff. |
| 82 - 1 | 11/24/04 | [Re: DEF 1] JKS Order granting unopposed motion on shortened time to stay sentencing (81-1); ex parte hrg set for 12/1/04 is RESET for 2/9/05 at 9:00 a.m.; IOS set for 12/2/04 is RESET for 2/10/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 83 - 1 | 12/08/04 | DEF 1 motion to withdraw guilty pleas w/att memo & aff. |
| 84 - 1 | 12/13/04 | DEF 1 Notice of flg aff of cnsl Mary Geddes in support of motion to withdraw guilty pleas (83-1) w/att exh. |
| 85 - 1 | 12/17/04 | [Re: DEF 1] PLF 1 Unopposed motion to ext time to respond to mot to withdraw plea. |
| 86 - 1 | 12/20/04 | [Re: DEF 1] JKS Order granting unopposed motion to ext time to 1/19/05 to respond to mot to withdraw plea (85-1). cc: USA, FPD, L. Wells |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
"USA V DANIEL DUANE MIESSNER ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 87 - 1 | 12/21/04 | DEF 1 Notice of filing signed affidavit of D. Miessner re: DEF 1 motion to withdraw guilty pleas (83-1) w/att aff. |
| 88 - 1 | 12/21/04 | DEF 2 Unopposed motion to continue sentencing date. |
| 89 - 1 | 12/21/04 | {SEALED} |
| 90 - 1 | 12/21/04 | {SEALED} |
| 91 - 1 | 12/22/04 | {SEALED} |
| 92 - 1 | 12/22/04 | [Re: DEF 2] JKS Order granting unopposed motion to continue sentencing date (88-1); IOS RESET for 2/10/04 at 10:00 a.m. cc: USA, B. Wonnell, USM, USPO |
| 93 - 1 | 12/22/04 | DEF 1 motion to withdraw as counsel w/att aff. |
| 94 - 1 | 12/22/04 | DEF 1 Notice of lodging w/att exhs. |
| 95 - 1 | 12/23/04 | {SEALED} |
| 96 - 1 | 12/29/04 | [Re: DEF 1] JKS Minute Order re crt will address pending motions at the scheduling sentencing. cc: USA, L. Wells, FPD |
| 97 - 1 | 01/05/05 | {SEALED} |
| 97 - 2 | 01/10/05 | {SEALED} |
| 98 - 1 | 01/19/05 | [Re: DEF 1] PLF 1 (second) unopposed motion to ext time to respond to motion to withdraw plea. |
| 99 - 1 | 01/20/05 | DEF 2 Unopposed motion to continue sentencing date. |
| 100 - 1 | 01/21/05 | [Re: DEF 1] JKS Order granting motion (second) unopposed motion to ext time to 1/26 to respond to motion to withdraw (98-1). cc: USA, FPD, L. Wells |
| 101 - 1 | 01/21/05 | [Re: DEF 2] JKS Order granting unopposed motion to continue sentencing date (99-1); IOS RESET for 4/11/05 at 3:00 p.m. cc: USA, B. Wonnell, USM, USPO |
| 102 - 1 | 01/24/05 | DEF 1 motion to postpone the sched hrgs until April. |
| 103 - 1 | 01/26/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to withdraw plea. (59-1), DEF 1 motion to withdraw guilty pleas. (83-1), DEF 1 motion to withdraw as counsel. (93-1), DEF 1 motion to postpone the sched hrgs until April. (102-1) |
| 104 - 1 | 01/27/05 | [Re: DEF 1] JKS Order granting motion to postpone the sched hrgs until April (102-1); ex parte hrg set fpr 2/9/05 RESET for 4/13/05 at 9:00 a.m.; IOS set for 2/10/05 RESET for 4/14/05 at 9:00 a.m. cc: USA, M. Gedes, L. Wells, USM, USPO |
| 105 - 1 | 04/01/05 | DEF 1 Status Report . |
| 106 - 1 | 04/04/05 | {SEALED} |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
                      "USA V DANIEL DUANE MIESSNER ET AL"

                    In public format, for all filing dates
```

Document #   Filed      Docket text

107 -   1   04/04/05   [Re: DEF 1] JKS Minute Order withdrawing motion to withdraw plea (59-1),
                       motion to withdraw guilty pleas (83-1), motion to withdraw as counsel
                       (93-1); ex parte hrg prev sched for 4/13/05 is VACATED; IOS remains set
                       for 4/14/05 at 9:00 a.m. cc: USA, FPD, L. Wells, USM, USPO, FPD CJA
                       Clerk

108 -   1   04/05/05   [Re: DEF 2] JKS Minute Order granting unopposed motion on shortened time
                       to continue IOS date to 4/18/05 at 1:30 p.m. (106-1). cc: USA, B.
                       Wonnell, USM, USPO

109 -   1   04/07/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

109 -   2   04/07/05   [Re: DEF 1] PLF 1 motion for one-point decrese for timely acceptance of
                       responsibility.

110 -   1   04/08/05   DEF 1 Unopposed motion to permit late filing of sentencing memo w/att
                       aff.

111 -   1   04/11/05   DEF 1 Sentencing Memorandum.

111 -   2   04/11/05   DEF 1 motion (request) for evidentiary hearing on the issue of monies
                       forfeited .

112 -   1   04/11/05   {SEALED}

113 -   1   04/12/05   [Re: DEF 1] JKS Order granting Unopposed motion to permit late filing of
                       sentencing memo (110-1).

114 -   1   04/12/05   DEF 1 Notice of filing w/att exhs.

115 -   1   04/13/05   {SEALED}

116 -   1   04/14/05   {SEALED}

117 -   1   04/14/05   [Re: DEF 1] JKS Court Minutes [ECR: April Karper/Elisa Singleton] re IOS
                       held 4/14/05; sentence imposed as stated in the judgment; w/att list of
                       exhibits & witnesses

118 -   1   04/25/05   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,2,3,4,5,6,8 of the
                       Indictment (1-1); sent 120 mos; SR 60 mos; SA $700. cc: USA, FPD, USM,
                       USPO, MJ Branson, Finance, FLU, def w/cnsls cy

119 -   1   04/25/05   [Re: DEF 2] PLF 1 Sentencing Memorandum.

119 -   2   04/25/05   [Re: DEF 2] PLF 1 motion for one-point decrease for timely acceptance of
                       responsibility.

120 -   1   05/03/05   {SEALED}

121 -   1   05/03/05   {SEALED}

122 -   1   05/09/05   {SEALED}

122 -   2   05/16/05   {SEALED}

123 -   1   05/24/05   [Re: DEF 1] JKS Minute Order granting motion (request) for evidentiary
                       hearing on the issue of monies forfeited (111-2); evident hrg set for

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A03-0182--CR (JKS)
                    "USA V DANIEL DUANE MIESSNER ET AL"

                   In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | 6/27/05 at 1:30 p.m. cc: USA, FPD, USM, USPO |
| 124 - | 1 | 06/16/05 | {SEALED} |
| 125 - | 1 | 06/22/05 | [Re: DEF 1] PLF 1 motion on shortened time to vacate forfeiture evidentiary hearing w/att exhs. |
| 126 - | 1 | 06/23/05 | [Re: DEF 1] JKS Minute Order re hrg on the mot to vacate set for 6/27/05 at 1:30 p.m.; hrg will preced the evident hrg on the forfeiture issue; if mot is granted, no evident hrg will be hld; if mot is denied, parties to be prepared to proceed immediately to the prev scheduled forfeiture hrg; def to file oppo to mot to vacate by 9:00 a.m. 6/27/05. cc: USA, FPD, USM, USPO |
| 127 - | 1 | 06/23/05 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion on shortened time to vacate forfeiture evidentiary hearing (125-1). |
| 128 - | 1 | 06/28/05 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Re: hrg on govt's mot to vacate (125-1); granting motion on shortened time to vacate forfeiture evidentiary hearing (125-1). cc: USA, FPD, USM, USPO |
| 129 - | 1 | 06/29/05 | {SEALED} |
| 129 - | 2 | 07/01/05 | {SEALED} |
| 130 - | 1 | 08/18/05 | DEF 1 Response to Order at doc #128. |
| 131 - | 1 | 08/29/05 | [Re: DEF 1] JKS Minute Order denying for lack of jurisdiction def's motion to stay administrative forfeiture proceedings (22-1). cc: USA, FPD |