original

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED
APR 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| United States District Court | District **Alaska** |
|---|---|
| Name (under which you were convicted): **Daniel Duane Miessner** | Docket or Case No.: **A03-0182-01 CR (JKS)** |
| Place of Confinement: **Federal Correctional Institution / Florence, Colorado** | Prisoner No.: **14876-006** |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| | v. **Daniel Duane Miessner** |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   **United States District Court of Alaska**
   **222 W. Seventh Ave, #4**
   **Anchorage AK. 99513-7564**
   (b) Criminal docket or case number (if you know): **CR A03-0182-01 (JKS)**

2. (a) Date of the judgment of conviction (if you know): **July, 2003**

   (b) Date of sentencing: **May 2nd, 2004**

3. Length of sentence: **120 Months**

4. Nature of crime (all counts): **Count (1) 21 USC 846 § 841(b)(1)(A)(B) + (C) 841(C), Count (2) 21 USC § 841(a)(1) & (b)(1)(C), Count (3) 21 USC § 846 and 841(b)(1)(A), Count (4) 21 U.S.C 846 and 841(b)(1)(B), Count (5), 21 USC § 841(a)(1) and (b)(1)(B), Count (6) Possession of listed chemical (Pseudoephedrine) with Intent to Manufacture, Count (8) 21 USC § 856(a)(1),**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? **Pled guilty to counts 1,2,3,4,5,6,8 of indictment. Count 7 of indictment was not applicable to Movant.**

6. If you went to trial, what kind of trial did you have? (Check one) **N/A** Jury ☐   Judge only ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Illegality of being convicted and sentenced under multiple counts considering they were separate counts.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant was sentenced on count one and count three of Movants Indictment to 10-years. Defendant may properly be charged and tried on separate counts for each step of attempt to manufacture controlled substance, but may be convicted and sentenced for only one. Movant was charged and sentenced 4-times for 21 U.S.C. §846 and charged and sentenced 6-times for 21 U.S.C. §841, therefore according to United States V. Wilson (1986, CA9 Cal) 781 F2d 1438. Movants Sentence is an illegal sentence. also, USSG §201.2 was used for §846 conspiracy to violate 21 USCS §841(a)(1) which is illegal. United States V. Saavedra (1998, CA11 Fla) 148 F3d 1311, 11 Flw Fed C 1696

(b) Direct Appeal of Ground One:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: did not appeal because my lawyer told me not to.

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A_____
_____
_____
_____
_____

GROUND TWO: District court erred in admitting evidence that Movant was in possession of a small personal-use of drugs when arrested.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
When Movant and Movant co-defendant were arrested 18-grams were in both parties possession. Movants co-defendant had 13-grams of Meth. Movant had 5-grams. Also found was a syringe and a pipe used to smoke Methamphetamine. Since the drug-paraphernalia was found with the Meth, and the syringe was full of meth, and glass pipe showed it had been used recently and was in Movants possession when arrested showed that Movant always intended to personally consume the drugs that were found in Movants and Movants co-defendants

Page 7

_Possession when the two were arrested. The 18-grams of Methamphetamine was intended for Personal use and should Not of been used against Movant at Sentencing._

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _did Not appeal because my lawyer told me Not to._

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND THREE: Illegal use of the aggregated weight of the empty Boxes of Pseudoephedrine and the 5 lbs of Iodine that
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Was Co-defendants, Named in Count 7 of the indictment. Movant was Not Charged with Count 7 of indictment so the aggregated weight of the Iodine of Count 7 should Not of been used in determining the Base offense level for two or more chemicals involving cases of Multiple chemicals. also Movant was Not Working in Pristine lab conditions and had only Pulled ephedrine from Pseudoephedrine tablets on two occasions. the most ephedrine Movant ever got out of a Box of tablets was Half a gram. Movant could Never get the amount of Pseudo ephedrine the courts expert claimed could be gotten out of each Box of tablets.

(b) Direct Appeal of Ground Three:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: did Not appeal because my lawyer told me Not to.

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☑
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND FOUR: use of empty Boxes of Pseudoephedrine in determining Buse offense level illegal.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant was charged U.S.C 3841 (b)(1) Possessing a Controlled Substance. Movant had empty boxes at his house because Movant had traded Pills for speed to another Persons so the other Person would show Movant how to remove the ephedrine from the tablets. because estimating the amount of drugs ~~for the~~ Precursor drugs can Make is an exact Science Movant asks the Court to do an estimation of the empty Boxes of Pseudoephedrine using the half gram ratio of ephedrine Movant could get Per Box once Movant was Showed how to.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: did Not Appeal as per lawyers instructions.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A__

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: __unknown__
    (b) At arraignment and plea: ~~unknown~~ _Mary Geddies_
    (c) At trial: ~~unknown~~
    (d) At sentencing: ~~unknown~~

Page 12

(e) On appeal: __N/A__

(f) In any post-conviction proceeding: __N/A__

(g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

    (b) Give the date the other sentence was imposed: __N/A__
    (c) Give the length of the other sentence: __N/A__
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* __N/A__

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Vacate 120 Month Sentence and Sentence movant to the Mandantory Sentence of 60 months Movant Should have received.</u>
or any other relief to which movant may be entitled.

<u>N/A</u>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>April 13th, 2006</u> (month, date, year).

Executed (signed) on <u>04/13/06</u> (date).

x <u>Daniel Missner</u>
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. <u>N/A</u>

IN FORMA PAUPERIS DECLARATION
<u>N/A</u>
[Insert appropriate court]
* * * * *