Daniel Duane Miessner
Name
# 14876-006
Prison Number
Federal correctional Institution
Place of Confinement
P.O Box 6000

Florence, Colorado
Address
81226-6000
~~Telephone~~ zip code




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DUANE MIESSNER,<br><br>Defendant. | Case No. 3:03-cr-00182-JKS-1<br><br>NOTICE OF INTENT TO PROCEED WITHOUT COUNSEL |

I, Daniel Duane Miessner, representing myself, declare under penalty of perjury, that I have been informed that the Criminal Justice Act[1] authorizes the Court to appoint an attorney for a habeas petitioner who cannot afford

[1] *See* 18 U.S.C. § 3006, *et. seq.*

his/her own attorney; and I hereby give notice to the Court that I intend to represent myself and proceed without counsel in this habeas action.

DATED May 9TH, 2006, at Florence, Colorado.
(Date of signing) (City & State)

x. Daniel Meissner
Signature

I hereby certify that a copy of this notice was mailed by First Class, U.S. Mail, to the United States Attorney, at 222 West 7th Avenue, Mail Box 9, Room 253, Anchorage, Alaska 99513, and to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513 on May 9TH, 2006
(Date of mailing/handing to correctional officer)

x. Daniel D Meissner
Signature