IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　vs.<br>DANIEL DUANE MIESSNER,<br>　　　　　　Defendant. | Case No. 3:03-CR-00182-JKS<br><br>O R D E R |

　　　　Daniel Duane Miessner pleaded guilty to a federal drug charge and received a mandatory minimum ten-year sentence.  He seeks post conviction relief pursuant to 28 U.S.C. § 2255, arguing that there was an insufficient evidentiary basis for the plea.  Docket No. 132.  In Miessner's view, the facts would only support a sentence of five years.  The petition is opposed.  Docket No. 136.

　　　　The Court has reviewed the record de novo and exercised its independent judgment.  The Court is satisfied that there was an independent basis in fact supporting the plea.  It is not necessary that the facts be incontrovertible.  It is sufficient that the jury could find beyond reasonable doubt the facts necessary to support the charge.  In this case a jury acting reasonably could have found Miessner guilty of the offense.

　　　　**IT IS THEREFORE ORDERED:**

　　　　The petition for habeas corpus (post-conviction relief) pursuant to 28 U.S.C. § 2255 is **DENIED**.  The Clerk shall enter an appropriate judgment dismissing this petition with prejudice.

　　　　Dated at Anchorage, Alaska, this 6th of July 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge