IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br>DANIEL DUANE MIESSNER,<br><br>             Defendant. | Case No. 3:03-CR-00182- JKS<br><br>**JUDGMENT<br>IN A § 2255 CASE** |

_____  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's application for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DISMISSED** with prejudice.

APPROVED:

/s/ James K. Singleton, Jr.
  **JAMES K. SINGLETON, JR.**
United States District Judge

| | |
|---|---|
| July 6, 2006 | IDA ROMACK |
| Date | Clerk |
| | Linda Christensen |
| | (By) Deputy Clerk |

JUDGMENT IN A CIVIL CASE

1