Original

RECEIVED

JUL 21 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br> ) <br> Plaintiff,      ) <br> ) <br> ) <br> ) <br> v.      ) <br> ) <br> ) <br> ) <br> DANIEL DUANE MIESSNER,      ) <br> ) <br> Movant.      ) <br> ) | Case No. 3:03-CR-00182-JKS <br><br> **Motion Requesting a (Stay) of** <br><br> **Court's (Order) Which Denied** <br><br> **Movant's Petition for Relief** <br><br> **Pursuant to 28 U.S.C. § 2255** |

NOW COMES Movant, Daniel Duane Miessner, pro se, who respectfully requests a Stay of Court's Order which denied Movant's Petition for Relief Pursuant to 28 U.S.C. § 2255, based on the following grounds:

On 5/01/2006, the Court filed an (Order Directing Service and Response) from the government, with their answer due by 6/21/2006, and also referred the case to Magistrate Judge Roberts to hear and decide all procedural or discovery motions and other pre-trial matters, and to give the Court his report and recommendation under Rule 4(5).

Movant's § 2255 Motion was denied before Movant had the opportunity to file a counter-response to the government's response. According to Rule 4(b) Initial Consideration by Judge, the judge shall make an order for its summary dismissal or, otherwise, the

judge shall order the United States Attorney to file an answer or other pleading within the period of time fixed by the Court.

Movant asserts that since his § 2255 Motion was not summarily dismissed pursuant to Rule 4(b) governing rules of § 2255 proceedings, the Court should at the very least hear Movant's counter-response to the government's response, and allow the magistrate to make a "report and recommendation" for disposition.

Having already filed his counter-response to the government's response, Movant hereby respectfully requests this honorable Court to stay its order dismissing Movant's § 2255 Motion until reviewing Movant's counter-response to government's response.

Respectfully submitted this_____day of July, 2006.

By: *Daniel D. Miessner*
Daniel Duane Miessner, pro se
Reg. No. 14876-006
Federal Correctional Institution
P.O. Box 6000
Florence, CO  81226-6000

## Certificate of Service

I, Daniel Duane Miessner, do hereby certify that a true and correct copy of the above <u>Motion Requesting a (Stay) of (Order) Dismissing Movant's Petition for Relief Pursuant to 28 U.S.C. § 2255</u> was mailed via United States Mail, first class postage pre-paid, to the follwing addresses on this _17_ day of July, 2006:

Clerk of Court
222 W. 7th Ave. #4
Anchorage, Alaska  99513-7567

       and

United States Attorney's Office
222 W. 7th Ave. #9, Room 253
Anchorage, Alaska  99513-7567

By: *Daniel D. Miessner*
Daniel Duane Miessner